UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN TOTIN,

                            Plaintiff,

        -v-                                                      CIVIL ACTION NO.: 21 Civ. 4334 (RA) (SLC)

                                                                                    **ORDER**
HOME RESIDENTIAL LLC,

                            Defendant.

**SARAH L. CAVE**, United States Magistrate Judge.

        In light of the parties' stipulation of discontinuance (ECF No. 20), the settlement

conference scheduled for November 12, 2021 at 10:00 am is CANCELLED, and all deadlines set

forth in the Initial Case Management Plan (ECF No. 18) are ADJOURNED SINE DIE.


Dated:        New York, New York
              October 28, 2021


                                                SO ORDERED.

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**


Mail To:      Brian Totin
              P.O. Box 230581
              New York, NY 10023